UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) ) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) | 3:09-md-02100-DRH  MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Erica Hilton v. Bayer Corporation, et al.* | No. 13-cv-10780-DRH |
| *Andrea Lewis v. Bayer Corporation, et al.* | No. 12-cv-11596-DRH |
| *Vickie Parsons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10947-DRH |
| *Lisa Duffey Wilkerson v. Bayer Corporation, et al.* | No. 13-cv-10935-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on August 4, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Judge Herndon
2016.08.05
14:42:11 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT